UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HARRIET GREEN, | ) | Case No.: 1:03 CV 1804 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | <u>ORDER</u> |
| ROBERT TAYLOR, *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

This court has been advised by Magistrate Judge Kenneth S. McHargh, that the parties settled this case prior to jury selection and that they will be submitting a dismissal entry to the court. Therefore, it is not necessary that the action remain upon the calendar of the court.

IT IS ORDERED that this action is hereby closed. The court retains jurisdiction to vacate this Order to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

Dated: February 29, 2008